# EXHIBIT "A"



**Bank of America**

www.bankofamerica.com

```
LL 0912 L    720 534      50492 #@01 AT 0.357
MARYBETH K CURLEY
2733 WINDSONG CTR
PALM HARBOR FL 34684-194938
```

September 09, 2009

Account number ending in: 9952

Dear Marybeth K Curley,

Thank you for your final payment toward the settlement of $3,495.00. This payment serves as the full settlement of the above-referenced account, and your account will be reported to the consumer-reporting agencies (Experian, TransUnion, and Equifax) as a settled account, legally paid in full for less than the full balance. Any future credit balances on the account will be the property of Bank of America.

If the amount Bank of America has forgiven is equal to or greater than $600.00, we are required by federal law (IRS section 6050P) to report this amount to the IRS and issue a 1099-C Form. You will receive this form for the year in which the settlement completed. If you have any questions regarding your personal taxes, we recommend that you consult a certified public accountant or other tax professional.

Although this account is now closed, please note that any new or third-party charges posted to this account will be your responsibility. If this account is linked to any new charges or preauthorized third party fees or services such as, Internet services or gym memberships, other charges may still post to the account. It will be your responsibility to cancel any third party services that may or may not require authorization to charge the account. If additional charges do post to the account or if any payments are returned for insufficient funds, the settlement will be voided. Once voided, unless previously charged-off, your account will be charged-off immediately and we will continue to pursue the debt.

Thursday 8 a.m. to 6 p.m., Friday 8 am. to 5 p.m Eastern. If you prefer, you may write to Bank of America at P.O. Box 15971, Wilmington, DE 19850-5971. Our knowledgeable Account Managers are ready to assist you.

Sincerely,

Brian Kilpatrick

Customer Assistance Department