EXHIBIT "B"



**Bank of America**

www.bankofamerica.com

```
LL 0028 L   374 000      00063 #001 2P 0.000
MARYBETH K CURLEY
2733 WINDSONG CTR
PALM HARBOR FL 34684-194933
```

September 25, 2009

Account No.:              9952

Dear Marybeth K Curley:

Previously, we agreed to settle the above-referenced account for less than the full balance. Because we did not receive the agreed upon payment by the due date or new transactions have since posted to the account, which have increased the balance, the settlement is null and void. Your account will be charged-off immediately unless previously charged-off, and we will continue to pursue the debt.

We would still like to help you; however, you need to call us to discuss alternate payment programs.

Please call 1.877.488.7725, Monday through Thursday from 8 a.m. to 10 p.m., Friday, 8 to 8, or Saturday, 9 to 2 Eastern. Our knowledgeable associates are ready to assist you.

Sincerely,

Amy Little

Customer Assistance Department