# EXHIBIT "C"

FIA CARD SERVICES, N.A., f/k/a
BANK OF AMERICA,

Plaintiff,

vs.

MARYBETH K. CURLEY,

Defendant.

_____/

UCN:

Case No.:

Division:

*10-17772 CO41*

*59493159*
*8/28/10*
*16:35*

TO:   **MARYBETH K. CURLEY**
      **2733 Windsong Circle**
      **Palm Harbor, FL 34684-1949**

THE STATE OF FLORIDA:
To each Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and copy of the Complaint or Petition in the action on Defendant.

### SUMMONS
PERSONAL SERVICE ON INDIVIDUAL
IMPORTANT

    A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court at Pinellas County Courthouse, 315 Court Street, Clearwater, Florida 33756, you must also mail or take a carbon copy or photocopy of your written response to the Plaintiff's attorney at Marcadis & Associates, P.A., 5104 South Westshore Blvd., Tampa, Florida 33611.

    **WITNESS** my hand and seal of this Court on the _____ day of __**AUG 1 3 2010**__ ,
2010.

KEN BURKE
Clerk of the Court

/s/ **NAOMI E. WOOD**

By:_____
Deputy Clerk

100601/E64573/cmr   We are attempting to collect a debt. Any information you provide may be used for that purpose.

JJL PROCESS CORP.
5102 S. WESTSHORE BLVD., STE 2
TAMPA, FL 33611

*044861*

FIA CARD SERVICES, N.A., f/k/a
BANK OF AMERICA.
    1825 East Buckeye Avenue,
    Phoenix, AZ 85034,

           Plaintiff,           Case No.:

vs.

                             Division:

MARYBETH K. CURLEY,

           Defendant.

_____/



$10$-$7772$ $COY1$

## COMPLAINT

    Plaintiff, FIA CARD SERVICES, N.A., f/k/a BANK OF AMERICA, by and through its undersigned attorney, sues the Defendant, MARYBETH K. CURLEY, and for its complaint alleges:

### COUNT I - CREDIT CARD

    1. This is an action for damages that do not exceed $7,500, exclusive of interest and court costs.

    2. Upon Defendant's request, FIA CARD SERVICES, N.A., f/k/a BANK OF AMERICA, established a credit account in the name of Defendant, MARYBETH K. CURLEY, and issued a credit card.

    3. Defendant used said credit card resulting in a balance owed to FIA CARD SERVICES, N.A., f/k/a BANK OF AMERICA, of $6,147.66, plus interest in the amount of $74.81.

    4. Plaintiff has made demand for the amount due; however, Defendant has failed to pay as demanded.

    5. The Defendant owes the Plaintiff $6,147.66, that is due with interest in the amount of $74.81.

    **WHEREFORE**, Plaintiff demands judgment against the Defendant in the sum of $6,147.66, together with interest in the amount of $74.81 and court costs.

### COUNT II - UNJUST ENRICHMENT

    6. This is an action for damages that do not exceed $7,500, exclusive of interest and court costs.

    7. Plaintiff has conferred a benefit on the Defendant, who has knowledge thereof.

    8. Defendant voluntarily accepted and retained the benefit conferred.

9. The circumstances are such that it would be inequitable for the Defendant to retain the benefit without paying the value thereof to the Plaintiff in the sum of $6,147.66, plus interest in the amount of $74.81.

10. Defendant would be unjustly enriched if allowed to retain the benefit without paying the value thereof.

WHEREFORE, Plaintiff demands judgment against the Defendant in the sum of $6,147.66, together with interest in the amount of $74.81 and court costs.

Respectfully submitted,

MARCADIS & ASSOCIATES, P.A.

By:
(   )Ralph S. Marcadis, Esquire, FL Bar #351458
(   )Jason D. Barlow, Esquire, FL Bar #632181
5104 South Westshore Blvd.
Tampa, Florida 33611
813/288-1881, FAX 813/288-9678
ATTORNEY FOR PLAINTIFF

100601/F6457/cmc          We are attempting to collect a debt  Any information you provide may be used for that purpose.

recibo de esta notificación, para contestar la demanda adjunta, por
escrito, y presentarla ante este tribunal. Una llamada telefonica no lo
protegera.   Si usted desea que el tribunal considere su defensa, debe
presentar su respuesta por escrito, incluyendo el numero del caso y los
nombres de las partes interesadas.  Si usted no contesta la demanda a
tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y
propiedades, o privado de sus derechos, sin previo aviso del tribunal.
Existen otros requisitos legales.  Si lo desea, puede usted consultar a
un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una
de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que
presenta su respuesta ante el tribunal, debera usted enviar por correo
o entregar una copia de su respuesta a la persona denominada abajo como
"Plaintiff/Plaintiff's Attorney".  (Demandate o Abogado del Demandante).

## IMPORTANT

Des poursites judiciares ont ete entreprises contre vous.  Vous avez 20
jours consecutifs a partir de la date de l'assignation de celle citation
pour deposer une response ecrite a la plainte ci-jointe aupres de ce
tribunal.   Un simple coup de telephone est insuffisant pour vous
proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention
du numero de dossier ci dessus et du nom des parties nommees ici, si vous
souhaitez que le tribunal entende votre cause. Si vous ne deposez pas
votre reponse ecrite dans le relai requis, vous risquez de perdre la
cause ainsi que votre salaire, votre argent, et vos biens peuvent etre
saisis par la suite sans aucun preavis ulterieur du tribunal.   Il y a
d'autres obligations juridiques et vous pouvex requerir les services
immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez
telephoner a un service de reference d'avocats ou a un bureau
d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous
faudra egalement, en meme temps que cette formalite, faire parvenir ou
expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's
Attorney".  (Plaignant ou a son avocat) nomme ci cessous.

## ENPOTAN

Yo entre yon aksyon kont oumonm. Ou genyen 20 jou kalandriye apres ou
recevoi somasyon-an pou enregistre devan gretie tribunal sa, yon reponce
pa ecri attache avec plant-la. Yon apel pa telefon ka kapab protege ou.
Se ou repense pa ecri, to ou mete numero ka a ki sou tet pagela avec nom
moune yo ki sou papie-sa oblige ecri si vle ke tribunal-la tendo
position ou cou ka-a. Si ou pa enregistre reponce ou a l'heure ou capab
pedo ka a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou
ak byen ou.  Genyen lot demande.  Ou ka besoin teletone you avoka tout
de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka,
ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste
en mem tan poste ou pote ou copi response pa ecri pou avoka pleyan ou
pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki
localize nan avek Sekrete Tribunal.

**MARCADIS & ASSOCIATES, P.A.**
5104 South Westshore Blvd.
Tampa, Florida 33611
813/288-1881, 813/288-9678 FAX
PLAINTIFF'S ATTORNEY