UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MARYBETH AND STEPHEN CURLEY, h/w )<br>　　　　Plaintiff )<br> )<br>vs. )<br> )<br>MARCADIS & ASSOCIATES, P.A. )<br> )<br>FIA CARD SERVICES )<br> )<br>CLIENT SERVICES INCORPORATED )<br> )<br>　　　　Defendants ) | Case Number: 8:11-cv-00014<br><br>CIVIL ACTION |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, Marybeth and Stephen Curley, h/w, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

　　　　　　　　　　BY: /s/ Bruce K. Warren
　　　　　　　　　　　　Bruce K. Warren, Esquire
　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　Warren & Vullings, LLP
　　　　　　　　　　　　93 Old York Road
　　　　　　　　　　　　Jenkintown, PA  19046
　　　　　　　　　　　　215-745-9800